IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:08CR00041 |
| v. | ) | OPINION |
| | ) | |
| CHARLES JERMAINE KING, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Charles Jermaine King, Pro Se Defendant.*

On October 19, 2009, I had sentenced defendant Charles Jermaine King to 180 months' imprisonment (ECF No. 135), and on May 13, 2014, I dismissed King's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *United States v. King*, No. 1:08CR00041, 2014 WL 1906695, at *1 (W.D. Va. May 13, 2014), *appeal dismissed*, 585 F. App'x 170 (4th Cir. 2014) (unpublished). More than two years later, King has filed another Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 255) based on a change in case law. Because King has not shown that the United States Court of Appeals for the Fourth Circuit has authorized him to file a successive § 2255 motion, the § 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

DATED: June 21, 2016

/s/ James P. Jones
United States District Judge